**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD E. CHAMBERS, individually and on behalf of all others similarly situated,<br><br>                   Plaintiff,<br>    v.<br>VALUECLICK; JAMES R. ZARLEY; JOHN A. GIULIANI; JOHN P. PITSTICK,<br><br>                   Defendants. | Case No. 2:13-cv-07084-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

On September 24, 2013, Plaintiff Donald E. Chambers filed this putative shareholder class-action lawsuit against Defendant ValueClick and ValueClick's board chairman, CEO, and CFO. Chambers seeks to represents all stockholders who owned ValueClick common stock between February 13, 2013, and August 1, 2013, except for Defendants and ValueClick's directors, officers, and their families.

Chambers alleges claims for violation of §§ 10(b) and 20(a) of the Securities Exchange Act and Rule 10b-5. As such, Chambers's lawsuit is subject to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. The PSLRA provides that the plaintiff filing the suit "shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims

asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i)(I). Not later than 60 days after the date the notice is published, "any member of the purported class may move the court to serve as lead plaintiff of the purported class." *Id.* § 78u-4(a)(3)(A)(i)(II). The court must consider any motions to serve as lead plaintiff within 90 days of the date the notice was published. *Id.* § 78u-4(a)(3)(B)(i).

The latest Chambers could have filed his motion to serve as lead plaintiff would have been 80 days after filing the complaint, or December 13, 2013.[1] To date, the Court has received no such motion for Chambers or any other putative class member.

The Court therefore **ORDERS** Chambers **TO SHOW CAUSE** by **Thursday, December 26, 2013**, why the Court should not dismiss the class allegations for want of a lead plaintiff—and consequently lack of prosecution. No hearing will be held. Failure to timely respond to this Order will result in dismissal of the action.

**IT IS SO ORDERED.**

December 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

---

[1] The parties filed a stipulation in this case in which they refer to the motion to appointment as lead plaintiff being due by November 25, 2013. (ECF No. 20.) This calculation appears erroneous, as a proposed named plaintiff has 80 days—not 60—to file the required motion. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(I)–(II).